```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/30/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
NATALIA JUSCINSKA,                                           :
:
          Plaintiff,                         :
:      **ORDER OF DISMISSAL**
  -v-                                                        :
:      18-CV-7455 (JLC)
PHILJO HOLDING CORPORATION                                   :
*d/b/a* ANDI ASSOCS, *and* HUGHES                            :
TAVERN LLC,                                                  :
:
          Defendants.                        :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      WHEREAS, the Court presided over a settlement conference today, at which the parties agreed to settle all claims asserted herein; and

      WHEREAS, the parties consented to my jurisdiction for all purposes under 28 U.S.C. § 636 and signed a consent form to that effect;

      It is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 120 days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen must be filed within 120 days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement

agreement to the Court within the same 120-day period to be "so ordered" by the Court.

Any pending motions are moot.  The Clerk is directed to close this case.

**SO ORDERED.**

Dated:  January 30, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge